# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of May, two thousand twenty-four,

Maxmillian Sloley,

    Plaintiff - Appellant,

v.

Eric VanBramer, individual and official capacity,

    Defendant - Appellee,

State of New York, Brian VanBramer, individual and official capacity,

    Defendants.

**ORDER**
Docket No: 22-2182

Counsel for APPELLEE has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 7, 2024 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before August 7, 2024. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court